IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF MARYLAND

| | | |
|---|---|---|
| Donald R. Pevia, 369944 | * | ORDER TO SHOW |
| Plaintiff | | CAUSE FOR AN |
| | * | PRELIMINARY |
| v. | | INJUNCTION |
| | * | |
| DR. GETACHEW ET, AL | | Civil Action No. # |
| Defendants | * | |

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAR 2 REC'D
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

* * * * * * *

REQUEST TO ORDER TO SHOW CAUSE

Plaintiff was scheduled to see DR. ROY CARLS in civil Suit ELH-18-2176. Once he evaluated plaintiff, it was requested plaintiff have a joint replacement.

In August 2019, plaintiff provided Holly Hoover, RNP a copy of his mothers Brain Surgeon's recomendation for plaintiff and ANY other siblings receive a C.A.T. SCAN for a possible Anyurism due to his Mother and Sister being diagnosed with Anyurisms together, it may be HEREDITARY.

On August 3, 2020, plaintiff was informed by Holly Hoover that the defendants who sit on a counsel called Collegial, DR. GETACHEW AND DR. BARTEL DENIED Both of Plaintiff's mandated, Mandatory, procedures which a BLINDMAN could see and tell, in fact

required Medical attention.

## ARGUMENT

Defendants, are intentionally and willingly denying the Plaintiff access to adequat medical care. Without your Honor granting the injunction, plaintiff's health is in constant jeopardy long as plaintiff has not received a KAT SCAN which Plaintiffs family Doctor recommended. Plaintiff has a settlement agreement and defendants will not abide by that. Defendants are constantly placing the Plaintiff in immenent danger on a hourly basis shall an Anurysm burst, plaintiff would die. No CPR, Just dead. Without him receving his joint replacement, his shoulder is in constant pain. Dr. Roy Carls even suggest the joint be removed cause of how much damage is done.

## CONCLUSION

Defendants are dictating what medical procedures they will approve which is unconstitutional, and blantly disrespecting the Courts Settlement agreement. THEREFORE, for the reasons stated above, this court should and shall GRANT Plaintiffs Request for Order To SHOW CAUSE.

*Relief Sought*

1.) ORDER GRANTING PLAINTIFF TO GET A CAT SCAN.

2) ORDER GRANTING AND FORCING DEFENDANTS TO ABIDE BY ROY CARLS

3) ORDER GRANTING DEFENDANTS PAY ALL FILING FEES AND COSTS.

DATE: MARCH 10, 2021

Respectfully Submitted,
Donald R. Pecha, 369994

IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF MARYLAND

Donald R. Pevia, 369944          *
         Plaintiff
                                 *

         v.                      *

                                 *

Dr. Getachew
Dr. Bartel                       *
Holly Hoover, PA                     Civil Action No. #
         Defendant               *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JURISDICTION AND VENUE

This is a civil action authorized by U.S. 42 USC Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC section 1331 and 1343 (a)(3).

Plaintiff seeks declaratory relief pursuant to 28 USC Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 USC Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The state of Maryland is an appropriate venue under 28 USC Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## PLAINTIFF

Plaintiff, Donald R. Pevia, is and was at all times mentioned herein a prisoner of the State of Maryland in the custody of the D.P.S.C.S. He is still currently confined in NBCI, in Cumberland, Maryland.

## DEFENDANTS

Defendant DR. GETACHEW works for CORIZON, who is contracted out by the state of Maryland. He is one of the Primary Med. Doc. who attends collegial visits and dictaits who receivs medical care.
At all times mentioned, DR. GETACHEW was at all times mentioned was a Doctor employed by CORIZON at NBCI.

Defendant Bartel, works for CORIZON who is currently contracted out by the state of Maryland, He is a primary Med. Doc. who attends Collegial visits and dictates who receives medical care.
At all times mentioned, DR. BARTEL was a Doctor employed by CORIZON at NBCI.

Defendant HOLLY HOOVER, is a RNP employed by CORIZON. On multiple occassions defendant Hoover examined plaintiff on numerous occassions. At all times mentioned in this complaint, HOOVER was on medical staff at NBCI

Each defendant is sued individually and in his/or her official capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

## STATEMENT OF FACTS

In 2015, Plaintiff filed suite in Federal Court due to the Unconstitutional policies implemented by then warden FRANK BISHOP. Plaintiff was able to secure a settlement with the state to prohibit the cuffing of plaintiff's arms behind his back.

After multiple violations of the Settlement, plaintiff filed suit again to get assistance to help enforce the original settlement. Plaintiff passed summary Judgement again and conducted litigation with Stephanie Lane-Weber. After the Settlement hearing, plaintiff was seen by defendant Holly Hoover, NP who determined that and I Quote," Adam Simons, and Stephanie Lane-Weber are not qualified to dictate if plaintiff needed to be front cuff and she don't know how the Plaintiff obtained it in the first place."

Ms. Hoover, then looked at the officers who were present during the visit in violation of Confidentialality Clause and stated," Per Medical, Pevia's no longer deemed medically cleared to be front Cuff."

Plaintiff was escorted back to his cell and a medical notice was placed on his door ordering not to front cuff him any longer.

That afternoon, NBCI staff was forced to cuff the plaintiff behind his back which caused his arm to feel as though his arm was being ripped out of his socket and the nerves and tendons being ripped in half. Once another Senior officer became aware of the situation, he immediatly investigated the situation and ordered plaintiff be cuffed in the FRONT ONLY.

In April of 2020, Plaintiff signed the new settlement with the state which was revised from the original Settlement. Due to the still chronic pain plaintiff suffered in his left shoulder, a order was implemented for plaintiff to see a specialist within THIRTY (30) DAYS of signing of settlement. Plaintiff saw DR. ROY CARLS who previously did plaintiff's shoulder and knee Surgery.

DR. Carls exspressed to plaintiff in 2017 when examining his knee that his shoulder needed to be replaced. On August 3, 2020, plaintiff was seen by Holly Hoover again and she informed plaintiff that the defendant's BARTEL and GETACHEW DENIED DR. CARLS request for a joint replacement. Holly also stressed that "SHE" was going to call Roy Carls and ask him why he would request a joint replacement. Plaintiff then brought up the requirement of the settlement and Holly told plaintiff that "THEY" don't have to pay nor abide by those Settlements

Plaintiff and Hoover had more words but once it was going nowhere, Plaintiff inquired about the medical paperwork he gave no earlier than the previous August of 2019 regarding an Anyurism test due to the outside Brain Specialist recommended plaintiff be tested, along with any other close family member/sibling. This request was made by a BRAIN SURGEON, which no one of the defendants are even close enough to over ride.

THEREFORE, Defendants are being deliberant indifferant to all of Plaintiffs SEVERE medical Needs and intentionally delayed and DENIED adequate treatment.

Respectfully Submitted,
Donald R. Peira, 369944

## Legal Claims

Plaintiff realleges all stated claims due to the Named defendants were and are deliberant indifferent to all all of plaintiff's severe medical needs and the intentional breech of Contract.

Defendants actions violated Plaintiffs Eigth Amend. to be free from Cruel and Unusual Punishment

The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the Conduct of the defendants unless this Court grants a declaratory and injunctive relief which plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this Court enter judgment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

A preliminary and perminant injunction ordering defendants JANE/JOHN DOE to abide by Settlement agreement and run the proper test for an Anyurism

Compensatory Damages in the amount of $500,000 against each defendant, jointly and severally.

Punitive Damages in the amount of $500,000 against each defendant.

A jury trial on all issues triable by jury

Plaintiff Costs in this suit

Any additional relief this court deems just, proper and equitable.

Date: MARCH 10, 2021

Respectfully,
Donald R. Peina 368944
14100 McMullen Hwy. SW
Cumberland, MD 21502