# McGuireWoods

**McGuireWoods LLP**
500 East Pratt Street
Suite 1000
Baltimore MD 21202
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

**Rebecca W. Lineberry**
Direct: 410.659.4414
rlineberry@mcguirewoods.com
Fax: 410.659.4475

March 13, 2024

**VIA ECF**

The Honorable Ellen L. Hollander
101 West Lombard Street
Chambers 5B
Baltimore, MD 21201
(410) 962-0742

   **Re:**  *Donald Pevia v. Dr. Asresahegn Getachew, et al.*
      **(Case No. 1:21-cv-00751-ELH)**

Dear Judge Hollander:

  We represent Plaintiff Donald Pevia in the above referenced matter. We write to respectfully request a thirty-day extension to the deadline set in the Local Rule 111 Order (Doc. No. 71) before this case is dismissed with prejudice. The parties have signed a confidential settlement agreement, and undersigned counsel received a countersigned copy of that agreement earlier today. However, there are a few outstanding items related to the settlement, which require a brief 30-day extension of the deadline as set in the Local Rule 111 Order (Doc. No. 71).

  We appreciate Your Honor's time and attention to this matter.

           Very truly yours,

           */s/ Rebecca W. Lineberry*

           Rebecca W. Lineberry

cc:  All counsel of record